UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>      Plaintiff,<br><br>      v.<br><br>WHITE HOUSE COUNSEL ON ENVIRONMENTAL QUALITY,<br><br>      Defendant. | Civil Action No. 24-2760 (CJN) |

## JOINT STATUS REPORT

Plaintiff Functional Government Initiative and Defendant the White House Counsel on Environmental Quality, through undersigned counsel, file this joint status report apprising the Court of the progress of this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

On March 8, 2024, Plaintiff submitted a FOIA request seeking records including the words, "America the Beautiful"; "ATB"; or "Atlas," as well as "records of communications" between the five identified custodians and anyone at "at the Department of Agriculture, Farm Production and Conservation Business Center, Farm Service Agency, Natural Resources Conservation Service, Department of Interior, Bureau of Land Management, US Geological Survey, and the National Oceanic and Atmospheric Administration about the development of the American Conservation and Stewardship Atlas." Compl. ¶ 10.

The parties are meeting and conferring regarding the scope of Plaintiff's request. Defendant has completed its preliminary searches and provided the results of those searches to Plaintiff. At present, Defendant's position is that the request is unduly burdensome given the sheer volume of

potentially responsive records, and the parties are actively engaging to determine whether there exist areas for narrowing of the request.

Pursuant to the Court's November 21, 2024, Minute Order, the parties represent that a motion for stay is not likely under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976). At this time, the parties also believe it to be premature to set a date for summary judgment briefing, but Defendant has indicated that if the parties are unable to come to an agreement regarding the scope of Plaintiff's request, Defendant will move to set a briefing schedule. The parties will continue to confer regarding an agreement on the number of records for review and propose to update the Court within 60 days as to the progress of their discussions. A proposed order is included herein.

Dated: December 20, 2024
Washington, DC

Respectfully submitted,

  /s/ Jeremiah L. Morgan
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
jmorgan@lawandfreedom.com

*Attorney for Plaintiff*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ Brenda González Horowitz
BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
601 D Street, NW

Washington, DC 20530
(202) 252-2512

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT
INITIATIVE,

    Plaintiff,

  v.

WHITE HOUSE COUNSEL ON
ENVIRONMENTAL QUALITY,

    Defendant.

Civil Action No. 24-2760 (CJN)

## **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a status report on or before February 18, 2025, updating the Court as to the processing of Plaintiff's request.

SO ORDERED.

Dated

CARL J. NICHOLS
United States District Judge