UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WHITE HOUSE COUNCIL ON ENVIRONMENTAL QUALITY,<br><br>　　　　Defendant. | Civil Action No. 24-2760 (CJN) |

## JOINT STATUS REPORT

Plaintiff Functional Government Initiative and Defendant the White House Council on Environmental Quality, through undersigned counsel, file this joint status report apprising the Court of the progress of this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

On March 8, 2024, Plaintiff submitted a FOIA request seeking records including the words, "America the Beautiful"; "ATB"; or "Atlas," as well as "records of communications" between the five identified custodians and anyone at "at the Department of Agriculture, Farm Production and Conservation Business Center, Farm Service Agency, Natural Resources Conservation Service, Department of Interior, Bureau of Land Management, US Geological Survey, and the National Oceanic and Atmospheric Administration about the development of the American Conservation and Stewardship Atlas." Compl. ¶ 10.

The parties are meeting and conferring regarding the scope of Plaintiff's request. Defendant has been processing at least 500 pages a month beginning in February, and notes that the majority

of pages reviewed to date require consultation with other government agencies. Defendant anticipates releasing its April production on or before April 21, 2025.

The parties will continue to confer regarding an agreement on the number of records for review and propose to update the Court on or before June 18, 2025 regarding Defendant's processing. A proposed order is included herein.

Dated: April 18, 2025
Washington, DC

Respectfully submitted,

  */s/ Jeremiah L. Morgan*
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
jmorgan@lawandfreedom.com

*Attorney for Plaintiff*

EDWARD R. MARTIN, JR. #481866
United States Attorney


By: */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2512

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>      Plaintiff,<br><br>    v.<br><br>WHITE HOUSE COUNCIL ON ENVIRONMENTAL QUALITY,<br><br>      Defendant. | Civil Action No. 24-2760 (CJN) |

## **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a status report on or before June 18, 2025, updating the Court as to the processing of Plaintiff's request.

SO ORDERED.

_____                     _____

Dated                                                       CARL J. NICHOLS
                                                                              United States District Judge