UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WHITE HOUSE COUNCIL ON ENVIRONMENTAL QUALITY,<br><br>　　　　Defendant. | Civil Action No. 24-2760 (CJN) |

## JOINT STATUS REPORT

Plaintiff Functional Government Initiative and Defendant the White House Council on Environmental Quality, through undersigned counsel, file this joint status report apprising the Court of the progress of this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

On March 8, 2024, Plaintiff submitted a FOIA request seeking records including the words, "America the Beautiful"; "ATB"; or "Atlas," as well as "records of communications" between the five identified custodians and anyone at "at the Department of Agriculture, Farm Production and Conservation Business Center, Farm Service Agency, Natural Resources Conservation Service, Department of Interior, Bureau of Land Management, US Geological Survey, and the National Oceanic and Atmospheric Administration about the development of the American Conservation and Stewardship Atlas." Compl. ¶ 10.

The parties are meeting and conferring regarding the scope of Plaintiff's request. Defendant has been processing at least 500 pages a month beginning in February, and notes that the majority of pages reviewed to date require consultation with other government agencies. Defendant also

located an additional 665 pages of potentially responsive records. For May 2025, Defendant processed 1,363 pages, and released 175, withholding 510 pages in full. Defendant anticipates releasing another production on or before June 30, 2024. Defendant estimates it has approximately 321,000 pages left to process, barring any further narrowing from Plaintiff.

The parties will continue to confer regarding an agreement on the number of records for review and propose to update the Court on or before September 8, 2025 regarding Defendant's processing. A proposed order is included herein.

Dated: June 17, 2025
Washington, DC

Respectfully submitted,

   /s/ Jeremiah L. Morgan
Jeremiah L. Morgan
(D.C. Bar No. 1012943)
William J. Olson, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
703-356-5070 (telephone)
jmorgan@lawandfreedom.com

*Attorney for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2512

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WHITE HOUSE COUNCIL ON ENVIRONMENTAL QUALITY,<br><br>　　　　Defendant. | Civil Action No. 24-2760 (CJN) |

### **[PROPOSED] ORDER**

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a status report on or before September 8, 2025, updating the Court as to the processing of Plaintiff's request.

SO ORDERED.

_____　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　CARL J. NICHOLS
　　　　　　　　　　　　　　　　　　　　United States District Judge