UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FUNCTIONAL GOVERNMENT INITIATIVE,<br><br>  Plaintiff,<br><br>  v.<br><br>WHITE HOUSE COUNCIL ON ENVIRONMENTAL QUALITY,<br><br>  Defendant. | Civil Action No. 24-2760 (CJN) |

## JOINT STATUS REPORT

Plaintiff Functional Government Initiative and Defendant the White House Council on Environmental Quality, through undersigned counsel, file this joint status report apprising the Court of the progress of this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

On March 8, 2024, Plaintiff submitted a FOIA request seeking records including the words, "America the Beautiful"; "ATB"; or "Atlas," as well as "records of communications" between the five identified custodians and anyone at "at the Department of Agriculture, Farm Production and Conservation Business Center, Farm Service Agency, Natural Resources Conservation Service, Department of Interior, Bureau of Land Management, US Geological Survey, and the National Oceanic and Atmospheric Administration about the development of the American Conservation and Stewardship Atlas." Compl. ¶ 10.

The parties are meeting and conferring regarding the scope of Plaintiff's request. Defendant has been processing at least 500 pages a month beginning in February, and notes that the majority

of pages reviewed to date require consultation with other government agencies. Defendant also located an additional 665 pages of potentially responsive records. Defendant produced responsive records, in whole or in part, to plaintiff on June 27, 2025, July 31, 2025, August 29, 2025, and on September 30, 2025. Defendant anticipates releasing another production on or before December 23, 2025.

The parties will continue to confer regarding an agreement on the number of records for review and update the Court regarding Defendant's processing on or before February 9, 2026, pursuant to the Court's January 3, 2025 minute order.

Dated: December 9, 2025                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Jeremiah L. Morgan
　　　　　　　　　　　　　　　　　　　　　　　Jeremiah L. Morgan (D.C.
　　　　　　　　　　　　　　　　　　　　　　　Bar No. 1012943)
　　　　　　　　　　　　　　　　　　　　　　　William J. Olson, P.C.
　　　　　　　　　　　　　　　　　　　　　　　370 Maple Avenue West, Suite 4
　　　　　　　　　　　　　　　　　　　　　　　Vienna, VA 22180-5615
　　　　　　　　　　　　　　　　　　　　　　　703-356-5070 (telephone)
　　　　　　　　　　　　　　　　　　　　　　　jmorgan@lawandfreedom.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*


　　　　　　　　　　　　　　　　　　　　　　　JEANINE FERRIS PIRRO
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Brenda González Horowitz*
　　　　　　　　　　　　　　　　　　　　　　　　　　BRENDA GONZÁLEZ HOROWITZ
　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　　　　601 D Street, NW
　　　　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　　　　　　　(202) 252-2512

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the United States of America*